U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 15, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Christy Stark
Docket No.: 3:08-00048-01

TO: The Honorable U.S. District Judge
(sentenced by The Honorable Robert L. Echols, U.S. District Judge)

On January 12, 2010, the following evidence was seized during the offender's period of supervised release and her case has concluded.

On January 12, 2010, while residing at the Next Door residential treatment program, the staff of the program found the offender in possession of unauthorized prescription drugs. United States Probation Officer Liberty Lander was notified and the drugs were turned over to her as evidence.

We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 469 | 4 | Prescription pills suboxen, phenegren, and seroquel |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable U.S. District Judge TRAUGER